# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-1263

_____

Samuel Zean

*Plaintiff - Appellant*

v.

eFinancial, LLC, a Washington Limited Liability Company

*Defendant*

SelectQuote Insurance Services, a Kansas Corporation

*Defendant - Appellee*

Burialexpense.com

*Defendant*

InsideResponse, LLC, a Kansas Limited Liability Company; Tiburon Insurance
Services, a California Company

*Defendants - Appellees*

Allied Insurance Partners, a Florida Corporation, also known as Alliedco/Allied
Insurance Services

*Defendant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: May 31, 2022
Filed: June 3, 2022
[Unpublished]

_____

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Minnesota resident Samuel Zean appeals following the district court's[1] adverse grant of summary judgment in his pro se action raising claims under the Telephone Consumer Protection Act. After careful review, we conclude that the district court did not err in granting summary judgment. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (reviewing grant of summary judgment de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.